# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CRISTINE ERNSDORFF, | Case No.: 2:20-cv-02545 |
| *Plaintiff,* | |
| v. | |
| JACOBUS ENERGY, LLC, | |
| *Defendant.* | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cristine Ernsdorff and Defendant Jacobus Energy, LLC, pursuant to Fed. R. Civ. P. 41(a), jointly stipulate that Plaintiff's claims asserted against Defendant are dismissed with prejudice. Each party shall bear her or its own fees, costs, and expenses.

HKM EMPLOYMENT ATTORNEYS LLP

/s/ *John J. Ziegelmeyer III*
John J. Ziegelmeyer III     KS No. 23003
Brad K. Thoenen             KS No. 24479
1501 Westport Road
Kansas City, Missouri 64111
Tel: 816.875.3332
jziegelmeyer@hkm.com
bthoenen@hkm.com
www.hkm.com
*ATTORNEYS FOR PLAINTIFF*

And

/s/ *Casey P. Murray*
Casey P. Murray, Esq.       KS 22189
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Telephone: 816-474-8100
Facsimile: 816-474-3216
cmurray@spencerfane.com

and

/s/ Paul J. Covaleski
Paul J. Covaleski, Esq. admitted pro hac vice
Wisconsin Bar Number 1117236
GODFREY & KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
pcovaleski@gklaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on September 7, 2021, via electronic mail to the following:

Casey P. Murray, Esq.
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216
cmurray@spencerfane.com

and

Paul J. Covaleski, Esq. admitted pro hac vice
GODFREY & KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
pcovaleski@gklaw.com
ATTORNEYS FOR DEFENDANT

/s/ *John J. Ziegelmeyer III*
*ATTORNEY FOR PLAINTIFF*